NUMBERS 13-08-00354-CR 


 13-08-00355-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


LETICIA COATS, Appellant,


v.



THE STATE OF TEXAS, Appeelle.

____________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Leticia Coats, by and through her attorney, has filed a motion to dismiss
her appeals because she no longer desires to prosecute them. See Tex. R. App. P.
42.2(a). Without passing on the merits of the cases, we GRANT the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeals. Having
dismissed the appeals at appellant's request, no motion for rehearing will be entertained,
and our mandates will issue forthwith.

 PER CURIAM

 

Do not publish. 

Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this 7th day of August, 2008.